PRESTON, DEMANDANTE Y APELANTE, *v.* VÁZQUEZ, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Humacao en pleito sobre reivindicación (memorándum de costas.)

No. 2965.—Resuelto en mayo 24, 1923.

APELACIÓN — MEMORÁNDUM DE COSTAS — HONORARIOS DE ABOGADO — TRANSCRIPCIÓN.—En apelación de un memorándum de costas, o debe aparecer que la suma concedida es muy excesiva para cualquier caso de su clase, o que los hechos como fueron presentados no justificaban la suma concedida. Si no se eleva en la transcripción la prueba presentada en el juicio u otra evidencia adecuada, el Tribunal Supremo no está en condiciones de decidir si la corte inferior abusó de su discreción.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. F. González.*

Abogado del apelado: *Sr. F. Gallardo.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Esta fué una acción reivindicatoria en la cual fué dictada sentencia a favor del demandado. Subsiguientemente dicho demandado presentó un memorándum de costas, incluyendo una partida por honorarios de abogado ascendente a la suma de $800. La corte concedió $400 de honorarios y la demandante apeló.

Si bien aparece que el caso giró sobre una cuestión de prueba solamente, que la suma envuelta no era mayor de mil dólares y que el juicio sólo duró un día, sin embargo la apelante no ha elevado a esta corte la prueba presentada en el juicio u otra evidencia para mostrarnos que hubo algún abuso de discreción.

Por el contrario un abogado, el anterior juez de la corte, fué llamado como testigo y declaró tendente a acreditar que los servicios prestados, a su juicio, importaban por lo menos la suma que fué concedida por la corte.

En apelación de un memorándum de costas, o debe aparecer que la suma concedida es muy excesiva para cualquier caso de su clase, o que los hechos como fueron presentados no justificaban la suma concedida.

Tenemos cierta idea de que los honorarios eran subidos, pero según el estado de los autos nos sentimos obligados a confirmar la resolución apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.